1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT RICHARD PRICE,                    Case No.  2:23-cv-01336-JDP (HC)

12                    Petitioner,             **ORDER**

13        v.                                  DIRECTING THE CLERK OF COURT TO
                                              RANDOMLY ASSIGN A DISTRICT JUDGE
14    WARDEN,                                 TO THIS MATTER

15                    Respondent.             **FINDINGS AND RECOMMENDATIONS**

16                                            THAT THE PETITION BE DISMISSED
                                              WITHOUT PREJUDICE FOR FAILURE TO
17                                            PROSECUTE AND FAILURE TO COMPLY
                                              WITH COURT ORDERS
18
                                              OBJECTIONS DUE WITHIN FOURTEEN
19                                            DAYS

20

21        On October 20, 2023, I screened petitioner's petition for writ of habeas corpus and

22    notified him that it failed to state a viable claim.  ECF No. 10.  I granted him thirty days to file an

23    amended petition.  *Id.*  When petitioner did not timely file an amended petition, on December 5,

24    2023, I ordered him to show cause within twenty-one days why this action should not be

25    dismissed for his failure to prosecute.  ECF No. 11.  I notified him that if he wished to continue

26    with this action he must, within twenty-one days, file an amended petition.  *Id.*  I also warned him

27    that failure to comply with that order would result in a recommendation that this action be

28    dismissed.  *Id.*

1

1   　　　The deadline has passed, and petitioner has neither filed an amended petition nor

2   otherwise responded to the December 5, 2023 order.

3   　　　Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

4   United States District Judge to this case.

5   　　　Further, it is hereby RECOMMENDED that:

6   　　　1.  This action be dismissed without prejudice for failure to prosecute and failure to

7   comply with court orders, for the reasons set forth in the court's December 5, 2023 order.

8   　　　2.  The Clerk of Court be directed to close the case.

9   　　　These findings and recommendations are submitted to the United States District Judge

10   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

11   service of these findings and recommendations, any party may file written objections with the

12   court and serve a copy on all parties.  Such document should be captioned "Objections to

13   Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed

14   within fourteen days of service of the objections.  The parties are advised that failure to file

15   objections within the specified time may waive the right to appeal the District Court's order.

16   *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

17   1991).

18

19   IT IS SO ORDERED.

20

　　Dated:　　January 11, 2024　　　　　　　　　　　　　　　　　　　　　　　

21   　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON

22   　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28